**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **LUIS BELFIELD**<br>**147-43 Arlington Terrace**<br>**Jamaica, New York 11435** | * <br>* | |
| **and** | * | |
| **KIARA RIVERA**<br>**241-37 148th Drive**<br>**Jamaica, New York 11422** | * <br>* | |
| **Plaintiffs** | * | **Civil Action No.: 1:25-cv-249** |
| **vs.** | * | |
| **MAIKEL MORALES DIAZ**<br>**3101 NW 77th Street, Apt. 215**<br>**Miami, Florida 33147** | * <br>* | |
| **and** | * | |
| **AMAZON.COM SERVICES, LLC**<br>**410 Terry Avenue North**<br>**Seattle, Washington 98109**<br>**Serve-On: CSC-LAWYERS**<br>**INCORPORATING SERVICE, CO.**<br>**7 St. Paul Street, Suite 820**<br>**Baltimore, Maryland 21202**<br>**(Resident Agent)** | * <br>* <br>* <br>* <br>* | |
| **and** | * | |
| **EDGE CARRIER**<br>**607 Pheasant Lane**<br>**Deerfield, Illinois 60015** | * <br>* | |
| **and** | * | |
| **EDGE CAPITAL GROUP, INC.**<br>**DBA: EDGE CARRIER**<br>**55 E. Monroe Street, Suite 3800**<br>**Chicago, Illinois 60603**<br>**Serve-On: Jonathan Caballero**<br>**55 E. Monroe Street, Suite 3800** | * <br>* <br>* | |

**Chicago, Illinois, 60603** *

**Defendants**

* * * * * * * * * * * * *

**COMPLAINT AND DEMAND FOR A JURY TRIAL**

NOW COMES Plaintiffs, Luis Belfield and Kiara Rivera, by and through their attorneys Matt R Ballenger, John R. Roche, and Ballenger & Roche, LLC, and hereby brings suit against Defendants, Maikel Morales Diaz, Amazon.com Services, LLC, and Edge Carrier. and for their reasons states:

## I. JURISDICTION AND VENUE

1. That at all times relevant hereto, Plaintiff, Luis Belfield (hereinafter referred to as "Plaintiff Belfield" or "Mr. Belfield" is a resident and citizen of New York.

2. That at all times relevant hereto, Plaintiff, Kiara Rivera (hereinafter referred to as "Plaintiff Rivera" or "Ms. Rivera" is a resident and citizen of New York.

3. That at all times relevant hereto, Defendant, Maikel Morales Diaz (hereinafter "Mr. Morales Diaz" or "Defendant"), is an adult individual residing at 3101 NW 77th Street, Apt. 215, Miami, Florida 33147.

4. That at all times relevant hereto, Defendant, Amazon.com Services, LLC. (hereinafter "Amazon" or "Defendant") is a limited liability company that is located in the State of Washington and regularly conducts business in the State of Maryland.

5. That at all times relevant hereto, Defendant, Edge Carrier (hereinafter "Edge Carrier" or "Defendant") is a company that is located in the State of Illinois and regularly conducts business in the State of Maryland.

6. That at all times relevant hereto, Defendant, Edge Capital Group, Inc. (hereinafter "Edge

Capital" or "Defendant") is a corporation that is located in the State of Illinois and regularly conducts business in the State of Maryland.

7. The district court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a). The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. Plaintiffs, Luis Belfield and Kiara Rivera, are citizens of New York. Defendant Amazon.com Services LLC is a corporation incorporated under the laws of Washington and is authorized and doing business throughout the State of Maryland. Defendant Edge Carrier is a business entity based in Illinois and follows the laws of Illinois and is authorized and doing business throughout the State of Maryland. Defendant Maikel Morales Diaz is a resident and citizen of Miami, Florida.

8. Venue is proper in the U.S. District Court for the District Court of Maryland (Northern District) under 28 U.S.C., § 1391(a) (2), because a substantial part of the events giving rise to this claim occurred in Garrett County, Maryland.

## II. FACTS COMMON TO ALL PARTIES

9. The incident complained of occurred on or about February 14, 2022.

10. On the complained of date and time, Plaintiff Belfield was operating a motor vehicle travelling on Interstate I-68 in Garrett County Maryland. Plaintiff Rivera was a passenger in his vehicle.

11. On the same date and time, Defendant Morales Diaz was operating a motor vehicle (tractor-trailer) on behalf of Defendants Amazon, Edge Carrier, Edge Capital Group as an agent, servant, and/or employee and was also travelling on Interstate I-68.

12. While Plaintiffs and Defendant were travelling alongside of each other, Defendant

Morales Diaz lost control of the vehicle and slammed into Plaintiffs' vehicle.

13. As a result of this incident, Plaintiffs suffered severe and permanent injuries.

**III. CAUSES OF ACTION**
**COUNT I – NEGLIGENCE**
**(Plaintiffs Luis Belfield and Kiara Rivera Against Defendant Maikel Morales Diaz)**

Plaintiffs, Luis Belfield and Kiara Rivera incorporates by reference all preceding paragraphs herein.

14. Defendant had a duty to operate his vehicle with reasonable care and with due regard for others using the road. He breached his duty when he failed to control his vehicle, swerved into Plaintiffs' lane, and collided into Plaintiffs' vehicle. Defendant's negligence consisted of but not limited to:

a. Failing to yield;

b. Failing to keep a proper lookout;

c. Failing to stop;

d. Failing to maintain lane;

e. Failing to exercise due caution; and

f. Failing to properly control said vehicle.

15. The collision was caused solely by the negligence and lack of due care on the part of the Defendant with no negligence on the part of Plaintiffs contributing thereto.

16. As a direct and proximate cause of the accident, Plaintiffs have suffered serious and painful physical injuries and these injuries are permanent in nature and caused Plaintiffs to suffer continuous pain since the day of the accident.

17. As a further proximate result of the accident, Plaintiffs have been required, and will continue to undergo medical care and numerous diagnostic procedures with associated pain, discomfort, and cognitive impairment.

18. As a further and proximate result of the accident, Plaintiffs have suffered, and will continue to suffer anxiety, fear, and emotional stress associated with the accident and his injuries. They continue to have pain and difficulty performing basic tasks. They have suffered -- and will continue to suffer -- pain of both body and mind. Plaintiffs have incurred medical bills that they have suffered from this negligent act and will continue to suffer in the future according to his doctors.

19. Plaintiffs have lost wages due to their inability to work while healing from their injuries.

20. As a further and proximate result of the accident, Plaintiffs have incurred and will continue to incur substantial medical expenses.

WHEREFORE, Plaintiffs Luis Belfield and Kiara Rivera both individually demand a judgment, jointly and severally against Defendants Maikel Morales Diaz, Amazon.com, Edge Capital Group, Inc., and Edge Carrier, in a dollar amount in excess of $75,000.00. This court should also, if it deems appropriate, award costs, pre-judgment interest, and post-judgment interest.

**COUNT II – NEGLIGENCE-RESPONDEAT SUPERIOR**
**(Plaintiffs Luis Belfield and Kiara Rivera Against Amazon.com, Edge Capital Group, Inc., and Edge Carrier)**

Plaintiffs hereby incorporates by reference all preceding paragraphs herein.

21. The above referenced acts of Defendant Morales Diaz were committed while he was acting as an agent, servant, and or employee of Defendants Amazon, Edge Capital Group, and Edge Carrier.

22. The above referenced acts of Defendant Morales Diaz were committed within the scope of his agency and while furthering the business interests of Defendants Amazon, Edge Capital Group, and Edge Carrier.

23. As the principals for Defendant Morales Diaz, Defendants Amazon, Edge Capital, and Edge Carrier are responsible for the acts committed by Defendant Morales Diaz within the scope of his agency.

24. The collision was caused solely by the negligence and lack of due care on the part of the Defendants with no negligence on the part of Plaintiffs contributing thereto.

25. As a direct and proximate cause of the accident, Plaintiffs have suffered serious and painful physical injuries and these injuries are permanent in nature and caused Plaintiffs to suffer continuous pain since the day of the accident.

26. As a further proximate result of the accident, Plaintiffs have been required, and will continue to undergo medical care and numerous diagnostic procedures with associated pain, discomfort, and cognitive impairment.

27. As a further and proximate result of the accident, Plaintiffs have suffered, and will continue to suffer anxiety, fear, and emotional stress associated with the accident and their injuries. They continue to have pain and difficulty performing basic tasks. Plaintiffs have suffered -- and will continue to suffer -- pain of both body and mind. Plaintiffs have medical bills

that they have incurred as a result of this negligent act and will continue to suffer in the future according to their doctors.

28. Plaintiffs have lost wages due to their inability to work while healing from their injuries.

29. As a further and proximate result of the accident, Plaintiffs have incurred and will continue to incur substantial medical expenses.

WHEREFORE, Plaintiffs Luis Belfield and Kiara Rivera both individually demand a judgment, jointly and severally against Defendants Maikel Morales Diaz, Amazon.com, Edge Capital Group, Inc., and Edge Carrier, in a dollar amount in excess of $75,000.00. This court should also, if it deems appropriate, award costs, pre-judgment interest, and post-judgment interest.

**Demand for Jury Trial**

Plaintiff hereby demands a jury trial.

Respectfully submitted,

________/s/________________

Matt R Ballenger No. 09800
Aarron N. Johnson No. 21463
Ballenger & Roche, LLC
The World Trade Center Baltimore
401 E. Pratt Street, Suite 2341
Baltimore, Maryland 21202
Phone: (410) 837-9150
Fax: (410) 837-9152
mballenger@br-lawyer.com
ajohnson@br-lawyer.com

Dated: 01.26.2025